# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

JESSIE JAMES WHIGHAM
Inmate # 999503
(Enter full name of Plaintiff)

vs.

CASE NO: 5:08cv51-RS/MD
(To be assigned by Clerk)

MS. Eve, nURse BAy county ANNex
MR. C. MILe, coRRections oFFiceR
MS. HARRTON, coRRections oFFiceR
DR. RoNALD LiPPMANN, Head PHysizAN oR DOCTOR.
(Enter name and title of each Defendant. If additional space is required, use the blank area below and directly to the right.)

TROy FLoweR, supervisioR LAundRy RooM AT The BAy CouNTy ANNex.

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PANAMA CITY FLA.
2008 FEB 25 AM 9: 56

KGC
FILED

(4). Defendant's Name: Mr. Ronald Lippmann DO., Individually
Officeal Position: and as Head Doctor
Employed at: Bay County Jail, Annex, and at Bay Corrections Facility
Mailing Address: 314 ½ Harmon Avenue, Panama City, Florida 32401

(5). Defendant's Name: Troy Flower, Individually
Official Position: and as Laundry Supervisor
Employed at: Bay County Annex
Mailing Address: 5600 Nehi Rd.
         Panama City, FL. 32404

## I. PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: JESSIE JAMES WHIGHAM
Inmate Number: R<u>e</u> 999503
Prison or Jail: Reception and Medical Center
Mailing address: P.O. Box 628 Lake Butler, Florida 32054

## II. DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: MS. EVE, INDIVIDUALLY
Official position: AND AS NURSE AT THE
Employed at: BAY COUNTY ANNEX
Mailing address: 5600 NEHI ROAD
PANAMA CITY, FLORIDA 32404

(2) Defendant's name: MR. C. MILE, INDIVIDUALLY
Official position: AND AS CORRECTIONS OFFICER
Employed at: BAY COUNTY JAIL
Mailing address: 314 ½ HARMON AVENUE
PANAMA CITY, FLORIDA,

(3) Defendant's name: MS. HARRTON, INDIVIDUALLY
Official position: AND AS A CORRECTION OFFICER
Employed at: BAY COUNTY ANNEX
Mailing address: 5600 NEHI ROAD
PANAMA CITY, FLORIDA, 32404

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

NOTE: THE COURT WILL NOT REVIEW THE MERITS OF THE COMPLAINT UNLESS THE FOLLOWING QUESTIONS HAVE BEEN ANSWERED REGARDING EXHAUSTION OF ADMINISTRATIVE REMEDIES AND ANY PRIOR LAWSUITS THAT HAVE BEEN FILED.

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff must submit copies of all grievances, appeals, and responses with this complaint to verify exhaustion. Failure to demonstrate exhaustion may be grounds for dismissal.

**A.  DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS?**

  Yes( )                No(X)

[If your answer is NO, proceed to Question B. If your answer is YES, answer all of the following questions in this subsection.]

**1.  Informal Grievance**

a.  Did you submit an informal grievance?

  Yes( )                No( )

❖ If so, you must attach a copy of the grievance and response; exhibit ___.

b.  If not, why? _____

**2.  Formal Grievance**

a.  Did you submit a formal grievance?

  Yes( )                No( )

❖ If so, you must attach a copy of the grievance and response; exhibit ___.

b.  If not, why? _____

**3.  Appeal to the Office of the Secretary**

a.  Did you submit an appeal to the Office of the Secretary?

  Yes( )                No( )

❖ If so, you must attach a copy of the appeal and response; exhibit ___.

b.  If not, why? _____

3

4. **Disciplinary Actions**

a. Did you have a disciplinary hearing concerning this matter?

Yes( )   No( )

❖ If so, you must attach a copy of the disciplinary report and disciplinary hearing team's findings and decision to this form; exhibit _____.

b. Did you lose gaintime as a result of the disciplinary hearing?

Yes( )   No( )

c. Has the gaintime since been restored?

Yes( )   No( )

B. **DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN A COUNTY JAIL OR DETENTION CENTER?**

Yes(✓)   No( )

[If your answer is NO, proceed to Section IV of the complaint form. If your answer is YES, answer the following questions.]

1. Is there a grievance procedure at your institution or jail?

Yes(✓)   No( )

[If your answer is NO, proceed to Section IV of the complaint form. If your answer is YES, answer all of the following questions in this subsection.]

2. Did you submit a grievance concerning the facts relating to your complaint?

Yes(✓)   No( )

3. If your answer is YES:

a. What steps did you take? _I went INFORMAL, FORMAL, EMERGENCY FORMAL_

b. What were the results? _I got know responde_

❖ If so, you must attach a copy of the grievance and response; exhibit _A_.

4. If your answer is NO, explain why not: _____

_____

4

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

IV. **PREVIOUS LAWSUITS**

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?

Yes( )     No(✓)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. County and judicial circuit: _____
3. Name of judge: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes(✓)     No( )

1. Parties to previous action:
   a. Plaintiff(s): JESSIE JAMES WHIGHAM
   b. Defendant(s): WARDEN JOSPHE PONTE, DR. RONALD LIPPMANN et al.
2. District and judicial division: NORTHERN DISTRICT PANAMA CITY division
3. Name of judge: ELIZABETH M. TIMOTHY
4. Approximate filing date: 7-18-07
5. If not still pending, date of dismissal: STILL pending
6. Reason for dismissal: Failure to state a claim couldn't pay
7. Facts and claims of case: Denide medical treatment, never took the plaintiff to the the emergency Room, and Refuse to Return Took the plaintiff to the emergency Room for test. plaintiff grievances

**(Attach additional pages as necessary to list other federal court cases.)**

5

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(✓)   No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): JessIe JAmES WHIGHAM
   b. Defendant(s): DR. ROHAN
2. District and judicial division: NORTHERN DISTRICT, PANAMA CITY, Division
3. Name of judge: ELIZABETH M. TIMOTHY
4. Approximate filing date: 10-11-07
5. If not still pending, date of dismissal: 12-7-07
6. Reason for dismissal: FAiLing TO sTATe A CLAiM
7. Facts and claims of case: SAide PLAinTiFF Need A AnkLe BRAce AND HAd A CHiPBone IN HiS FOOT

(Attach additional pages as necessary to list cases.)

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes(✓)   No( )

1. Parties to previous action:
   a. Plaintiff(s): JessIe JAmes WHiGHAm
   b. Defendant(s): DR. RoNALD LiPPMANN. Do eT, AL.
2. District and judicial division: NORTHeRN DisTRiCT, PANAMA CiTy, Divison
3. Name of judge: MILes DAviS   Case Docket # 5:07cv159/RS/MD
4. Approximate filing date: July 2, 2007   Dismissal date: 10-24-07
5. Reason for dismissal: FAiLing TO STATe A CLAiM, Could noT PAy The $10.00

(Attach additional pages as necessary to list cases.)

6

## V.  STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

(1). On 3-6-07, "C/O C. Miles" confiscated Whigham shoes upon his entry into the dormitory and issued Whigham an oversize pair of shower-slides needed to protect his feet while utilizing the showers inside the dorm. Whigham alerted Miles and C/O Flowers (Laundry Officer) and again alerted as to to "defective" pair of slides which, Whigham described, "Right shower slide was rip up the side" Whigham was told that there was not another pair at the jail to fit him."

(2). On 4-24-07, Whigham state that notwithstanding his alerting the Officer's as to the defective pair of shower slides, as noted above, as he was exiting the shower he sustained physical injury to his ankle and foot by damageing to his tendon, legalment, and soft tissue, as a result of the defective pair of shower slides. Whigham explained that as he was exiting the shower, as he attempted to overstep the "speed bump" which purports to retain water inside the open shower from spilling onto the walkway of the dormitory there were no wet sign what-so every. Whigham stepped "right into the mildew and the missing tile causing [Whigham] to slip right and fall therefore catching myself with my left ankle which twisted my left ankle and damging the legalment and the tendon and the soft tissue giveing him a physical injury for the rest of his life.

(3). On 4-24-07, Whigham states that he returned to his bunk and after sometime, his ankle began to swell and cause him pain. C/O Hernandez was contacted and alerted to Whigham need for medical assistance. Hours later, Whigham was finally seen by Nurse Eve, who proscribed him a

7

PAIR OF CRUTCHES," SHE NEVER TOOK THE PLAINTIFF TO THE EMERGENCY ROOM."

(4). ON 4-26-07, THEREAFTER, WHIGHAM WAS FURTHER SUBJECTED TO INSTANCES OF ABUSE, WHICH, WHIGHAM DESCRIBED COMPOUNDED AND RESULTED IN FURTHER INJURY TO HIS ANKLE AND FOOT FOR INSTANCE, WHIGHAM EXPLAINED THAT HE WAS FORCED TO WALK IN ORDER TO RECEIVE HIS MEALS, EVEN THOUGH THE OFFICER [C/O HARRTON] WAS AWARE OF HIS ANKLE AND FOOT INJURY. IN FACT WHIGHAM ASSERTED THAT C/O HARRTON TOLD HIM THAT "IF THE INMATES IN A WHEEL CHAIR CAN COME TO THE FRONT DOOR [WHIGHAM] CAN AT LEAST WALK TO THE FRONT DOOR," AND ON SOME ALLEGED OCCASSION [4-27-07] FORCED WHIGHAM TO WALK AGAIN TO OBTAIN HIS MEAL TRAYES.

(5). ON 5-21-07, THEREAFTER, WHIGHAM WAS SEAN BY DR. LIPPMANN WHO EXCLAIMED THERE WAS NOTHING HE COULD DO FOR THE PLAINTIFF. ON 7-11-07 WHIGHAM WAS LATER SEEN BY A DR. ROHAN IN PANAMA CITY, FLORIDA, WHO ADVISED THAT WHIGHAM HAD A "CHIP BONE" AND SPRAIN ANKLE." DR. ROHAN STATED THAT HE WAS GOING TO LEAVE THE "CHIP BONE" "IN HIS FOOT UNTIL FURTHER INSTRUCTIONS BY LIPPMANN AND JAIL OFFICALS".

(6) AN 4-25-07 TIL 8-9-07, WHIGHAM STATES THAT HE FILED NUMEROUS GRIEVANCES BEFORE HE WAS SENT TO THE DEPARTMENT OF CORRECTIONS AND THAT THE NAMED DEFENDANTS TOOK NO ACTION IN REGARDS TO HIS INJURY. WHIGHAM STATES THAT THE DEFENDANTS ACTED WITH "DELIBERATE INDIFFERENCE" TO HIS KNOWN PHYSICAL INJURY AND THAT PRISON OFFICIALS WERE LIABLE FOR FAILURE TO MAINTAIN A SAFE ENVIRONMENT.

7. ON 8-9-07, WHIGHAM WAS SENTED TO THE DEPARTMENT OF CORRECTION ON CRUTCHES; ON 8-14-07, WHIGHAM HAD TO BE RUSH TO MEMORIAL HOSPITAL IN JACKSONVILLE FOR TRUMA TO THE FOOT AND TWO BLOOD CLOTT IN THE LUNG WHERE ATTENDING PHYSICIAN: NABIZADEH MD, KASRA STATE THAT THE FALL I TOOK AT THE BAY COUNTY ANNEX WHILE IN THE CUSTODY OF THE DEFENDANTS CAUSE THE DV1PE BECAUSE THE DEFENDANTS NEVER TOOK THE PLAINTIFF TO EMERGENCY ROOM FOR ANY TEST. THE PLAINTIFF WAS RELEASE FROM MEMORIAL HOSPITAL IN JACKSONVILLE 8-21-07 WHERE THE PRISON WAS NOT LOOKING FOR THE PLAINTIFF TO COME BACK TO PRISON. "PLAINTIFF CAN ONLY STAND 7 TO 5 MINUNTE AT A TIME BEFORE HIS PHYSICAL INJURY FLAIR UP ORDER BY THE PRISON SPECIALEST HERE AT RECEPTION AND MEDICAL CENTER PLAINTIFF HAS BEEN GIVEING A NO PROLONG STANDING PASS FOR THE INJURY SUFFER AT THE HAND OF C.C.A MEDICAL STAFF."

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

(1) eight Amendment, Fourteenth Amendment, The America disability Act, due Process of the law, §242. Deprivation of rights under color of law, all the rights, privileges, or immunities secured or protected me by the Constitution or of the United States, descrimination. The Fifth Amendment, cruel an unusal punishment.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/statutes.

(1) Plaintiff demanded a jury trial, plaintiff request that the court serve each defendants according to the law, puntive damanages, plaintiff the defendants pay court cost and what every else, attorney fees if has to be hired, pain and suffering.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

2-20-08
(Date)

Jessie James Wigham
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☒ deposited in the prison's internal mail system on: the _20_ day of _FEBRUARY_, 20_08_.

Jessie James Wigham
(Signature of Plaintiff)

Revised 07/02

8

Q1176

Exit A

07-12-AP05

DEC 02 2007

# STATE OF FLORIDA
# DEPARTMENT OF CORRECTIONS
## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO:   ☐ Superintendent    ☐ Assistant Superintendent    ☑ Secretary, Florida Department of Corrections

FROM: WILLIAM, Jessie _____  [Number]  [Institution]
Last Name, First, Middle Initial

**RECEIVED DEC 0 5 2007**

07632013

### PART A – INMATE GRIEVANCE

ATT: Secretary, Florida Department of Corrections while in the custody of Corrections Corporation of America at the Bay County Annex house I.C.I.D.C.M. I slip and fell coming out the shower because they did not have any matter slipper when wet sign and there is mildew and missing tile. I suffer a tendon rupture and certainly the fall cause the ductipe. That what Dr. Nadizadeh MD Kaspa discharge statement from memorial Hospital in Jacksonville on 8-14-07 til 8-21-7, Sir I left the Annex on 8-9-07. Nurse Eve, Dr. Lippmann nor Josphe Ponte nor Richard Turner bothered to take their inmate Wingham to the emergency room for any test-sir. I also had two blood clotts in my lungs at the same time that had came from the fall I took. Dr. Lippmann has double the coumadin to 14 mg it is upped the new Dr. say that to much for someone my size and be place me on it for the rest of my life. I should not have to pay for that CCA should pay that why you should say they need to be sue in court of law.

12-4-07                            Jessie William  559823
Date                              Signature of Grievant and D.C.#

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: __1__ / _____
                                                                          #         Signature

### PART B – RESPONSE

# SEE ATTACHED RESPONSE
DB

Signature and Typed or        Signature of Superintendent,          Date
Printed Name                  Assistant Superintendent, or
of Employee Responding        Secretary's Representative

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.

MAILED / FILED
WITH AGENCY CLERK

Exit B

JAN 0 2 2008

Department of Corrections
Bureau of Inmate Grievance Appeals

## PART B - RESPONSE

| WHIGHAM, JESSIE | 999503 | 07-6-32013 | (112)␣␣EAY C.I. | SQ117B |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | GRIEVANCE INSTITUTION | HOUSING LOCATION |

Your administrative appeal has been received, evaluated, and referred to the Warden for appropriate handling and action.

The institution will be providing you with a response once their review is completed.

If you feel that the institutional response does not adequately resolve the issue, you may once again appeal to this office within 15 days from the date of the institutional response.

Based on this action, your grievance is approved for further inquiry.

M. SOLANO

_____   _____   12/28/0_
SIGNATURE AND TYPED OR PRINTED NAME   SIGNATURE OF WARDEN, ASST. WARDEN, OR   DATE
OF EMPLOYEE RESPONDING   SECRETARY'S REPRESENTATIVE

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

EXIT C

**STATE OF FLORIDA** 07-11-032
**DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☑ Superintendent ☐ Assistant Superintendent ☐ Secretary, Florida Department of Corrections
FROM: Whigham Jessie J.     A104A     999503     B.C.F.
Last Name, First, Middle Initial       Number       Institution

**PART A – INMATE GRIEVANCE**       RECEIVED NOV 16 2007

ATT: Superintendent while in the custody of Correction Corporation of America at the Bay County Annex House in C Dorm I slip and fell coming out of the shower and suffer tendon rupture and certainly the injury most likely the cause of his DVT/PE. That what Dr. Nabiz-Adeh MD Kasra discharge statment from Memorial Hospital in Jacksonville on 8-14-07 till 8-21-07. Sir I left the Annex on 8-9-07. Nurse Eve, Dr. Lippmann nor Josphe Ponte nor Richard the are bother to take the inmate Whigham to the "emergency room for any test sir. I also had two blood clott in my lungs at the same time that had come from the fall I took. I'm still having these problem right now all medical is doing is getting me hook on coumadin" how am I suppose to pay for this coumadin when I can't stand on my foot for no more than 15 minunite. Show this no prolong standing pass and say that D.O.C. say that any company that hire me has to respect this pass from prison or Bay Corrections I should be award a settle me are all there licensed should be giveing to me for destroyment. This is my life they are play with Because I knew you was going to say this so ask the first person who answer the grievance.

11-15-07
Date

Jessie Whigham    999503
Signature of Grievant and D.C.#

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: __1__
                                                                        #     Signature

**PART B – RESPONSE**

Your formal grievance is being **returned** without administrative review. The inmate did not provide a valid reason for by-passing the previous levels of review as required.

You must first file an informal grievance and attach the *answered* informal grievance to the formal grievance. A *returned* informal grievance does not satisfy the requirement for an answered informal grievance. If you are still within allowable timeframes you may refile your grievance using the proper procedure.

**RETURNED**

DEC 04 2007

**TO INMATE**

E Devine                        12·4·07
Signature and Typed or        Signature of Superintendent,        Date
Printed Name                  Assistant Superintendent, or
of Employee Responding        Secretary's Representative

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.

EXIT D

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**  07-11-021
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☐ Superintendent   ☒ Assistant Superintendent   ☐ Secretary, Florida Department of Corrections

FROM: Whigham Jessie J.    A104A    999503    B.C.F
Last Name, First, Middle Initial         Number      Institution

### PART A – INMATE GRIEVANCE

ATT: Assistant Superintendent while in the custody Corrections Corporation of America at the Bay County Annex house in C Dorm I slip and fell coming out of the shower and suffer tendon rupture. and certainly the injury most likely the cause of his DVT/PE. That what Dr. Nartzadeh MD, Kasra Discharge statement from Memorial Hospital In Jacksonville on 8-14-07 Til 8-21-07 sir I left the Annex on 8-9-07. Nurse Eve, Dr. Lippmann nor Josphe Ponte nor Richard Thore Bother to take the inmate to the "emergency Room for Any tests sir. I also had two Blood clott in my lung at the same time that had come from my foot. I'm still having these problem Right now all medical is doing is getting me hook on coumadin how am I suppose to pay for this coumadin when I can't stand on my foot for no more than 15 minunite. show this no prolong standing pass and say that D.O.C say that any company that hire me has to Respect this pass from prison or Bay Corrections

11-13-07
Date

Jessie Whigham 999503
Signature of Grievant and D.C.#

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _/_
                                                                      #    Signature

### PART B – RESPONSE

Your request for administrative remedy is being **returned** without administrative action. Chapter 33 103.014 dictates that you must provide valid reason for by-passing previous levels of review. This means you must attach an answered Informal Grievance to your Formal Grievance or satisfactorily indicate why this step is omitted. A returned grievance does not satisfy this requirement. If you are still within the allowable time frames, you may re-submit your request.

**RETURNED**

NOV 15 2007

**TO INMATE**

T. Mooneyham
Signature and Typed or
Printed Name
of Employee Responding

Signature of Superintendent,
Assistant Superintendent, or
Secretary's Representative

11-15-07
Date

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.

EXITE

**INMATE REQUEST** (struck through)

STATE OF FLORIDA C23
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: 104-A
Team Number: 7
Institution: B.C.F

INFORMAL gRievances

TO: (Check One)
☐ Warden
☑ Asst. Warden
☐ Classification
☐ Security
☐ Medical
☐ Dental
☐ Other

FROM:
| Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|
| JESSIE JAMES Whigham | 999503 | 104-A | HOUSE MAN | 11-11-07 |

**REQUEST**

TT: ASST. WARDEN RIChARd ThoRe SIR While IN The CusTody CORReCTiONs CORPORATION AF AMERICA AT The BAy COUNTy ANNex house IN C DORM SLIP AND FeLL coming ouT oF The ShoweR SUFFER TendoN RupTuRe AND CeRTAINLy The Injury IS mosT LIkeLy The CAuse OF His DVT/PE. ThAT whAT DR. NABI-Zadeh MD, KASRA DISCHARGe STATement FROM MEMORIAL HospITAL IN JACksonville on 8-14-07 TIL 8-21-07 SIR I LEFT The ANNEXON 8-9-07. NuRse Eve, DR. LIPPMANN NOR Josphe ponTe NOR RichARd ThoRe BOTheR TO TAke The InmATe TO The "emeRgency Room FoR Any TesT sIR I ALSO hAd TO BLood CLoTT IN My Lung AT The SAMe Time ThAT hAd Come FROm my FooT. I sTill haveing These pROBlem RighT now ALL medicAL IS doing Is geTTing me hook on COUMAdin" how Am I Suppose TO PAy FoR This COUMAdin when I CAN'T sTAnd on my FooT FoR No MoRe ThAn 15 minuniTe., Show This No pROlong STAnding pAss AND sAy ThAT D.O.C. sAy ThAT Any compAny ThAT hire me has TO RespecT This PASS FROm PRisoN.

*Jessie James Whigham - 999503*

All requests will be handled in one of the following ways:   1) Written Information or   2) Personal Interview.
All informal grievances will be responded to in writing.

─── DO NOT WRITE BELOW THIS LINE ───

**RESPONSE**

DATE RECEIVED: RECEIVED NOV 12 2007

This grievance is being **RETURNED** without action. Ch 33-103 allows for the return of a grievance when it is so broad, general or vague in nature that it cannot be clearly investigated, evaluated and responded to.

You may refile if you are still within allowable timeframes.

**RETURNED**

NOV 12 2007

**TO INMATE**

[The following pertains to informal grievances only:
Based on the above information, your grievance is _Returned_ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): E Deviney        Date: 11-12-07

Distribution:   White – Returned to Inmate
                Canary – Returned to Inmate

Pink – Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)