IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JESSIE JAMES WHIGHAM,

    Plaintiff,

vs.                              CASE NO. 5:08cv51/RS-MD

MS. EVE, et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 4). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Order and Report and Recommendation is approved and incorporated in this Order.

2. This case is dismissed without prejudice as malicious pursuant to 28 U.S.C. §1915(e)(2)(B)(i) because of Plaintiff's abuse of the judicial process.

3. The clerk is directed to close the file.

**ORDERED** on April 1, 2008.


                                         /S/ Richard Smoak
                                         **RICHARD SMOAK**
                                         **UNITED STATES DISTRICT JUDGE**